UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| RICHARD SMITH, | § § § | |
| Plaintiff, | § | |
| v. | § § | Case No. 6:16-cv-486-RP-JCM |
| THE CBE GROUP, INC., | § § § | |
| Defendant. | § | |

## STIPULATION OF DISMISSAL

Pursuant to Fed R. Civ. P. 41(a)(1)(A)(ii), the plaintiff Richard Smith and the defendant The CBE Group, Inc. hereby agree that the plaintiff will dismiss this action with prejudice. Each party will bear its own costs and attorney's fees.

May 12, 2017

May 12, 2017

_____
Sameer S. Birring
Birring Law Firm
501 North IH 35
Austin, TX 78702
Tel: 512-937-2712
sameer@birringlaw.com
Texas State Bar Number 24087169
*Attorney for Plaintiff*

 /s/ Robbie Malone_____
Robbie Malone
Malone Akerly Martin PLLC
8750 North Central Expressway, Suite 1850
Dallas, TX 75231
Tel: (214) 346-2630
rmalone@mamlaw.com
Texas State Bar Number 12876450
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

This is to certify that on this 12th day of May, 2017, I electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

    Robbie Malone
    Malone Akerly Martin PLLC
    8750 North Central Expressway, Suite 1850
    Dallas, TX 75231
    Tel: (214) 346-2630
    rmalone@mamlaw.com
    Texas State Bar Number 12876450
    *Attorney for Defendant*

May 12, 2017

                                          _____
                                          Sameer S. Birring
                                          Birring Law Firm
                                          501 North IH-35
                                          Austin, TX 78702
                                          Tel: (512) 937-2712,  Fax: (646) 798-0110
                                          sameer@birringlaw.com
                                          Texas State Bar Number 24087169